UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PATRICK DESROSIER et al.,

Defendants.

08 Cr. 0147 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that time be excluded from Speedy Trial Act calculations from February 22, 2008 until the initial pretrial conference scheduled on February 29, 2008 at 11:00 a.m. Defense counsel has not objected to this request.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       25 February 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Desrosier et al.</u>,
          08 Cr. 147 (VM)

Dear Judge Marrero:

      This matter was assigned to Your Honor on February 21, 2008. An initial pretrial conference has been scheduled before Your Honor for Friday, February 29, 2008, at 11:00 a.m. Enclosed also please find a copy of the Indictment Your Honor's files. Further, the Government respectfully requests that the Court exclude time from today until February 29, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to produce discovery to the defendants and to begin discussions regarding possible dispositions in this case.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                        By: _____
                                        Benjamin A. Naftalis
                                        Assistant United States Attorney
                                        (212) 637-2456

Encls.

cc: Defense counsel (w/o encls.)