**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230                                                    Fax 212-346-4665



By Facsimile



April 1, 2008

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re:    United States v. Desrosier including Dale Turner
                                 08 Cr. 147 (VM)

Dear Judge Marrero:

      I respectfully request that Mr. Turner's bail conditions be modified to include mental health treatment as directed by pre-trial services. All the other conditions of Mr. Turner's bail are to remain as previously ordered. This modification is being requested at the suggestion of Pre-trial Services Officer Franco Furelli.

                                           Respectfully submitted,

                                           Andrew G. Patel, Esq.

cc:    Kenneth A. Polite
        Assistant United States Attorney (By Facsimile)

        Franco Furelli
        Pre-trial Services Officer (By Facsimile)

---

Request GRANTED. The bail conditions of defendant *Dale Turner* herein are modified to *authorize mental health treatment as directed by pre-trial services* for the purposes and on the terms and conditions set forth above.

SO ORDERED:

4-1-08
DATE                      VICTOR MARRERO, U.S.D.J.