UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PATRICK DESROSIER et al.,

Defendants.

08 Cr. 0147 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court had scheduled a conference for May 2, 2008 at 3:00 p.m. Due to a conflict with the Court's calendar, this conference is rescheduled for May 2, 2008 at 11:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
         4 April 2008

_____
Victor Marrero
U.S.D.J.