UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA                :

    -against-                                    :    ORDER

DALE TURNER                                      :    08 Cr. 147 (VM)
-----------------------------------------------------------

       Upon the request of Andrew G. Patel, Esq., attorney for Dale Turner and with the consent of Assistant United States Attorney Julian Moore Polite, the bail conditions of Dale Turner are modified as:

       It is ORDERED that Dale Turner will be permitted to leave his home to attend a family function on June 4, 2008, from 6:00pm until 10:30pm. In all other respects the bail conditions for Mr. Turner remain as originally set and he is not permitted to leave his home except in accordance with this Order or as authorised by Pre-trial Services.

Dated: New York, New York
      May 30, 2008

                                SO ORDERED:

                                Victor Marrero
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08