# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Dale Turner                                                        Docket No. 2008-CR-147-6 (VM)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Gianfranco Furelli, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Dale Turner, who was arrested and charged with narcotics conspiracy and placed under pretrial release supervision by Magistrate Judge Ronald L. Ellis, sitting in the Court at SDNY on 12/18/2007, under the following conditions: $150,000 PRB secured by $3,000 in cash/property and cosigned by 3 financially responsible persons; strict PSA supervision with drug testing/treatment; home detention enforced by electronic monitoring; surrender travel documents and may not apply for new ones; and travel limits to EDNY/SDNY. Subsequently, 12/21/2007, he satisfied all of his bond conditions and was released on Pretrial Services supervision. On 04/01/2008, Your Honor signed an order modifying the defendant's release conditions to include mental health treatment as directed by Pretrial Services.

**Respectfully presenting petition for action of Court and for cause as follows:**

Since the defendant has been on electronic monitoring supervision he has been compliant and has not posed any problems. The defendant reports weekly in person and by telephone and continues to yield urinalyses negative for all drugs tested. Additionally, he continues to attend substance abuse and mental health treatment and is actively seeking employment. Recent DCJS and NCIC record checks revealed no new arrests. Pretrial Services has consulted with AUSA Kenneth Polite and defense counsel, Andy Patel regarding a downgrade to a curfew enforced by electronic monitoring and neither party has any objections to our request. Given the aforementioned, we respectfully request that the Court modify the defendant's bail to be reduced to a curfew enforced by electronic monitoring (hours to be determined by Pretrial Services). All other conditions should remain the same.

**PRAYING THAT THE COURT WILL ORDER THE CONDITION OF CURFEW ENFORCED BY ELECTRONIC MONITORING (HOURS TO BE DETERMINED BY PRETRIAL SERVICES)**

ORDER OF COURT

Considered and ordered this 13th day of June, 2008 and ordered filed and made a part of the records in the above case.

U.S. District Court Judge, Victor Marrero

I declare under penalty that the foregoing is true and correct.

Respectfully,

Gianfranco Furelli
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by,

Sharon T. Regis, Supervising
U.S. Pretrial Services Officer

Date: June 13, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08